```
McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | MJ: 08MJ267 KJM |
|                           ) | |
|         Plaintiff,        ) | STIPULATION AND ORDER |
|                           ) | CONTINUING PRELIMINARY |
|     v.                    ) | HEARING AND EXTENDING TIME AND |
|                           ) | ORDER THEREON |
| JOHN DOE aka DERIK DAVIS, ) | |
| etc.,                     ) | |
|                           ) | |
|         Defendant.        ) | |
|                           ) | |
| _____ ) | |

Plaintiff United States of America, by and through its counsel, and defendant DAVIS hereby STIPULATE as follows:

1. On or about August 6, 2008, Magistrate Judge Mueller authorized a criminal complaint and arrest warrant for JOHN DOE aka Derik Davis aka Terry Davis aka Terry McCullough.[1] The following day, defendant DAVIS made his initial appearance before Judge Mueller and was ordered detained. A preliminary hearing is presently set for September 17, 2008, at 2:00 p.m.

---

[1] Counsel for defendant advises that his first name is spelled "Derek," not "Derik." The signature line of this stipulation reflects the defendant's preferred spelling.

1

2. The United States and defendant DAVIS want to continue the preliminary Hearing date from September 17, 2008, at 2:00 p.m. to October 10, 2008, at 2:00 p.m. Such continuance is requested so that the parties may continue to pursue a possible pre-indictment resolution of the charges against the defendant. Pursuant to Rule 5.1(d), defendant DAVIS consents to this Stipulation through and including October 10, 2008.

IT IS SO STIPULATED.

DATED: 9/10/08         /s/ Michael Long
                       Michael Long, Esq.
                       Counsel for DEREK DAVIS


                       MCGREGOR W. SCOTT
                       United States Attorney

DATED: 9/12/08
                       /s/ Courtney J. Linn
                       COURTNEY J. LINN
                       Assistant U. S. Attorney

ORDER

The Court, having read and considered the parties' STIPULATION, and for GOOD CAUSE shown, hereby continues the Preliminary Hearing in the above-referenced matter from September 17, 2008, at 2:00 p.m. to October 10, 2008, at 2:00 p.m. before the duty Magistrate Judge. Pursuant to Rule 5.1(d), and with the consent of the defendant, time for the Preliminary Hearing is extended from the date of this Order through and including October 10, 2008.

IT IS SO ORDERED.

Dated: 09/16/08        /s/ Gregory G. Hollows
                       United States Magistrate Judge
davis267.ord