```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-08-474 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING HEARING ON JUDGMENT AND SENTENCE |
| v. | ) | |
| DEREK DAVIS, | ) | |
| | ) | Date: May 15, 2009 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Hon. Edward J. Garcia |

It is hereby stipulated by and between the United States of America through its attorney, and defendant Derek Davis, through his attorney, that the hearing on judgment and sentence currently set for February 27, 2009, be vacated and continued to May 15, 2009 at 10:00 a.m.

DATED: February 19, 2009        /s/ Philip Ferrari for
                                MICHAEL LONG, ESQ.
                                Attny. for Derek Davis

DATED: February 19, 2009        LAWRENCE G. BROWN
                                United States Attorney

                            By: /s/ Philip Ferrari
                                PHILIP A. FERRARI
                                Assistant U.S. Attorney

IT IS SO ORDERED

-1-

2/23/09