**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   **Derek DAVIS aka Terry McCULLOUGH**
      **Docket Number:   2:08CR00474-01**
      **AMENDED SCHEDULE OF DISCLOSURE**

Your Honor:

Per agreement with all parties, on motion of the government, filed February 19, 2009, the Judgment and Sentencing in this case was continued to May 15, 2009 at 10 a.m. However, an amended disclosure schedule was not prepared.  Please refer to the attached amended Schedule for Disclosure for your approval.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the case.

Respectfully submitted,


**THOMAS H. BROWN**
**Senior United States Probation Officer**


**REVIEWED BY:**_____
                **KAREN A. MEUSLING**
                **Supervising United States Probation Officer**

Dated:        February 23, 2009
              Sacramento, California
              THB:thb

Attachment

cc:   Clerk, United States District Court
      Philip A. Ferrari, Assistant United States Attorney
      Michael D. Long, Defense Counsel
      United States Marshal's Office

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE:   **Derek DAVIS aka Terry McCULLOUGH**
      **Docket Number:   2:08CR00474-01**
      **CONTINUANCE OF JUDGMENT AND SENTENCING**


__XX__ **Approved** _____/s/ Edward J. Garcia_____   2/24/09
                    **EDWARD J. GARCIA**
                    **Senior United States District Judge**          **Date**
_____ **Disapproved**

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA**         Docket Number:   **2:08CR00474-01**

                          **Plaintiff,**        **SCHEDULE FOR DISCLOSURE OF**
                                                **PRESENTENCE REPORT AND FOR**
        **vs.**                                 **FILING OF OBJECTIONS TO THE**
                                                **PRESENTENCE REPORT**

**Derek DAVIS aka Terry McCULLOUGH**

                          **Defendant.**
_____/

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 05/15/2009 at 10 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 05/08/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 05/01/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 04/17/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 04/03/2009 |

3