| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
|   | United States Attorney |
| 2 | PHILIP A. FERRARI |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2744 |





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S-08-474 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING HEARING ON JUDGMENT AND SENTENCE |
| v. | ) | *& Order* |
| DEREK DAVIS, | ) | Date: July 10, 2009 |
| Defendant. | ) | Time: 10:00 a.m. |
|  | ) | Hon. Edward J. Garcia |

It is hereby stipulated by and between the United States of America through its attorney, and defendant Derek Davis, through his attorney, that the hearing on judgment and sentence currently set for May 15, 2009, be vacated and continued to July 10, 2009 at 10:00 a.m.

DATED: April 16, 2009        /s/ Philip Ferrari for
                             MICHAEL LONG, ESQ.
                             Attny. for Derek Davis


DATED: April 16, 2009        LAWRENCE G. BROWN
                             United States Attorney


                         By: /s/ Philip Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney

-1-

IT IS SO ORDERED

*[signature]*
4/20/09