```
LAWRENCE G. BROWN
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-08-474 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING HEARING |
| | ) | ON JUDGMENT AND SENTENCE |
| v. | ) | |
| | ) | |
| DEREK DAVIS, | ) | |
| | ) | Date: September 11, 2009 |
| Defendant. | ) | Time: 10:00 a.m. |
| _____ | ) | Hon. Edward J. Garcia |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Derek Davis, by and through his counsel Michael Long, Esq., that the hearing on judgment and sentence currently set for July 10, 2009, be vacated and reset for September 11, 2009 at 10:00 a.m. In addition, and in accordance with the request of the Probation Office, the parties request that the Court adopt the sentencing schedule set forth in the attached proposed order.

DATED: June 15, 2009        /s/ Philip Ferrari for
                            MICHAEL LONG, ESQ.
                            Attny. for Derek Davis

-1-

1  DATED: June 15, 2009            LAWRENCE G. BROWN
2                                  United States Attorney
3                              By: /s/ Philip A. Ferrari
4                                  PHILIP A. FERRARI
                                   Assistant U.S. Attorney
5
6       Based upon the foregoing, **IT IS HEREBY ORDERED** that:
7       1.   The hearing on judgment and sentence in the above-
8  referenced matter, previously set for July 10, 2009, is hereby
9  vacated and continued to September 11, 2009, at 10:00 A.M.; and
10      2.   The Court adopts the following sentencing schedule:
11
12 Judgment and Sentencing Date:              09/11/2009
13 Reply, or Statement of Non-Opposition:     09/04/2009
14 Motion For Correction of PSR:              08/28/2009
15 PSR Shall be Filed:                        08/21/2009
16 Informal Objections Due:                   08/14/2009
17 Draft PSR Due:                             07/31/2009
18 Date: June 18, 2009_____
19
20                                  /s/ Edward J. Garcia
   _____
21                                  EDWARD J. GARCIA
                                    DISTRICT COURT JUDGE
22
23
24
25
26
27
28