UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**



FILED
JUN 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                           RE:   **Derek DAVIS aka Terry McCULLOUGH**
                                  **Docket Number:   2:08CR00474-01**
                                  **CONTINUANCE OF JUDGMENT**
                                  **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 10, 2009 to September 11, 2009 at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** complexity of the case.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                              Respectfully submitted,

                                              */s/ T H Brown*

                                              **THOMAS H. BROWN**
                                        **Senior United States Probation Officer**

**REVIEWED BY:**    */s/ Karen A Meusling*

                                **KAREN A. MEUSLING**
                                **Supervising United States Probation Officer**

Dated:     June 8, 2009
               Sacramento, California
               THB:thb

Attachment

RE: Derek DAVIS aka Terry McCULLOUGH
Docket Number: 2:09CR00474-01
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
Philip A. Ferrari, Assistant United States Attorney
Michael D. Long, Esq., Defense Counsel
United States Marshal's Office
Probation Office Calendar clerk

✓ Approved

_____      6/15/09
EDWARD J. GARCIA
Senior United States District Judge      Date

___ Disapproved

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:   2:08CR00474-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Derek DAVIS aka Terry McCULLOUGH** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 09/11/2009 at 10 a.m. |
| Reply, or Statement of Non-Opposition | 09/04/2009 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/28/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/21/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 08/14/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/31/2009 |

3

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG