August 14, 2009
Page 1

**LAW OFFICE OF MICHAEL D. LONG**
901 H Street, Suite 208
Sacramento, CA   95814
(916) 447-1920

**August 14, 2009**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

**FILED**

Aug 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

Re:   United States v. Derek Davis; 08—474 EJG

Dear Ms. Lydon:

     In speaking today with AUSA Phil Ferrari, we have determined we need more time to resolve some issues before sentencing the defendants.   Also, I need more time to file informal objections to the PSR, as I am currently in trial before Judge Mendez.

     We jointly request that the sentencing hearing scheduled for September 11, 2009, at 10:00 a.m. be re-scheduled for October 2, 2009, at 10:00 a.m.

     As we are moving the sentencing date three weeks, I would further ask that the due dates for each PSR-related activity be moved three weeks.   I propose the following new due dates:
     Informal objections due on 9-4-09
     PSR due on 9-11-09
     Motions due on 9-18-09
     Reply to motions due on 9-25-09
     J & S will be on 10-2-09

Sincerely,


Michael D. Long

cc:   Jeff Oestreicher, Chris Haydn-Myer and Michael Beckwith, AUSA


**IT IS SO ORDERED**

_____