September 22, 2009
Page 1

**LAW OFFICE OF MICHAEL D. LONG**
**901 H Street, Suite 208**
**Sacramento, CA   95814**
**(916) 447-1920**

**September 22, 2009**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

c/EJG

Re:   United States v. Derek Davis; 08—474 EJG

Dear Ms. Lydon:

     In speaking today with AUSA Phil Ferrari, we have determined we need more time to resolve some issues before sentencing the defendant.   Also, the parties need more time to work on the PSR.

     We jointly request that the sentencing hearing scheduled for October 2, 2009, at 10:00 a.m. be re-scheduled for November 6, 2009, at 10:00 a.m.

     As we are moving the sentencing date three weeks, I would further ask that the due dates for each PSR-related activity be moved three weeks.   I propose the following new due dates:

     PSR due on 10-2-09
     Motions due on 10-16-09
     Reply to motions due on 10-23-09
     J & S will be on 11-6-09

Sincerely,

Michael D. Long

cc:   USPO Thomas Brown and AUSA Phil Ferrari

**FILED**

SEP 22 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**IT IS SO ORDERED**

_[signature]_
9/22/09