**LAW OFFICE OF MICHAEL D. LONG**
901 H Street, Suite 208
Sacramento, CA   95814
(916) 447-1920

**October 21, 2009**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

Re:   United States v. Derek Davis; 08—474 EJG – APPLICATION & ORDER

Dear Ms. Lydon:

In speaking today with AUSA Phil Ferrari and USPO Thomas Brown, we have determined we need more time to resolve some issues before sentencing the defendant. Also, the parties need more time to work on objections to the final PSR.

We jointly request that the sentencing hearing scheduled for November 6, 2009, at 10:00 a.m. be re-scheduled for December 11, 2009, at 10:00 a.m.

As we are moving the sentencing date, I would further ask that the due dates for each PSR-related activity be moved.   I propose the following new due dates:

Motions due on 11-20-09
Reply to motions due on 12-4-09
J & S will be on 12-11-09

Sincerely,


Michael D. Long

cc:   USPO Thomas Brown and AUSA Phil Ferrari

IT IS SO ORDERED this 30th day of October, 2009.

/s/ Edward J. Garcia
U. S. DISTRICT JUDGE