# LAW OFFICE OF MICHAEL D. LONG
**901 H Street, Suite 301**
**Sacramento, CA    95814**
**(916) 447-1920**
**Long_5999@msn.com**

## APPLICATION & ORDER

**January 25, 2010**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

Re:   United States v. Derek Davis; 08—474 EJG

Dear Ms. Lydon:

In speaking today with AUSA Phil Ferrari and USPO Thomas Brown, we have determined we need more time to resolve some issues before sentencing the defendant. Co-defendants Badie and Rosetti next appear in your court on February 26, 2010.

We jointly request that the sentencing hearing scheduled for January 29, 2010, at 10:00 a.m. be re-scheduled for March 12, 2010, at 10:00 a.m.

Sincerely,


Michael D. Long

cc:   USPO Thomas Brown and AUSA Phil Ferrari


IT IS SO ORDERED.

Dated:   January 26, 2010          /s/ Edward J. Garcia
                                   Edward J. Garcia
                                   United States District Court Judge