August 10, 2010
Page 1

**LAW OFFICE OF MICHAEL D. LONG**
901 H Street, Suite 301
Sacramento, CA  95814
(916) 447-1920
Mike.Long.Law@msn.com

**August 10, 2010**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

Re:  United States v. Derek Davis; 08—474 EJG

Dear Ms. Lydon:

    In speaking today with AUSA Phil Ferrari and USPO Thomas Brown, we have determined we need more time to resolve some issues before sentencing the defendant. Co-defendants Badie and Rosetti next appear in your court on October 8, 2010.

    We jointly request that the sentencing hearing scheduled for August 27, 2010, at 10:00 a.m. be re-scheduled for November 12, 2010, at 10:00 a.m.

Sincerely,

C|EJG

Michael D. Long

cc:  USPO Thomas Brown and AUSA Phil Ferrari

IT IS SO ORDERED.

Dated:  8/11/10

_____
Edward J. Garcia
United States District Court Judge

**FILED**
AUG 1 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK