LAW OFFICE OF MICHAEL D. LONG
901 H Street, Suite 301
Sacramento, CA  95814
(916) 447-1920
Mike.Long.Law@msn.com

**November 3, 2010**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

Re:   United States v. Derek Davis; 08—474 EJG

Dear Ms. Lydon:

In speaking today with AUSA Phil Ferrari and USPO Thomas Brown, we have determined we need more time to resolve some issues before sentencing the defendant. Co-defendants Badie and Rosetti next appear in your court on November 19, 2010.

We jointly request that the sentencing hearing currently scheduled for November 12, 2010, at 10:00 a.m. be re-scheduled for December 17, 2010, at 10:00 a.m.

Sincerely,


Michael D. Long

cc:   USPO Thomas Brown and AUSA Phil Ferrari



IT IS SO ORDERED.

Dated:  11/3/10                       _____
                                       Edward J. Garcia
                                       United States District Court Judge


**FILED**
NOV  4 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK