# LAW OFFICE OF MICHAEL D. LONG
### 901 H Street, Suite 301
### Sacramento, CA    95814
### (916) 447-1920
### Mike.Long.Law@msn.com

**December 10, 2010**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

Re:   United States v. Derek Davis; 08—474 EJG
      Request to change sentencing date from 12/17/10 to 2/25/11

Dear Ms. Lydon:

In speaking with AUSA Phil Ferrari and USPO Thomas Brown, we have determined we need more time to resolve some issues before sentencing the defendant. Co-defendants Badie and Rosetti next appear in your court on January 7, 2011.

We jointly request that the sentencing hearing currently scheduled for December 17, 2010, at 10:00 a.m. be re-scheduled for February 25, 2011, at 10:00 a.m.

Sincerely,


Michael D. Long

cc:   USPO Thomas Brown and AUSA Phil Ferrari


IT IS SO ORDERED.

Dated:    December 13, 2010        /s/ Edward J. Garcia
                                   Edward J. Garcia
                                   United States District Court Judge