# LAW OFFICE OF MICHAEL D. LONG
**901 H Street, Suite 301**
**Sacramento, CA    95814**
**(916) 447-1920**
**Mike.Long.Law@msn.com**

**February 22, 2011**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

Re:   United States v. Derek Davis; 08—474 EJG
      Request to change sentencing date from 2/25/11 to 4/15/11

Dear Ms. Lydon:

In speaking with AUSA Phil Ferrari and USPO Thomas Brown, we have determined we need more time to resolve some issues before sentencing defendant Derek Davis.   Co-defendants Badie and Rosetti next appear in your court on February 25, 2011.

We jointly request that the sentencing hearing currently scheduled for February 25, 2011, at 10:00 a.m. be re-scheduled for April 15, 2011, at 10:00 a.m.

Sincerely,


Michael D. Long

cc:   USPO Thomas Brown and AUSA Phil Ferrari


IT IS SO ORDERED.

Dated:   February 23, 2011        /s/ Edward J. Garcia
                                  Edward J. Garcia
                                  United States District Court Judge