Case 2:08-cr-00474-WBS Document 133 Filed 08/04/11 Page 1 of 1
Case 2:08-cr-00474-EJG Document 132 Filed 08/03/11 Page 1 of 1

August 3, 2011
Page 1

**LAW OFFICE OF MICHAEL D. LONG**
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

August 3, 2011

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

FILED
AUG 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Re:  United States v. Derek Davis; 08—474 EJG
     Request to change sentencing date from 8/12/11 to 10/21/11

Dear Ms. Lydon:

   In speaking with AUSA Phil Ferrari and USPO Thomas Brown, we have determined we need more time to resolve some issues before sentencing defendant Derek Davis. Co-defendants Badie and Rosetti are scheduled appear in your court for a trial on September 19, 2011.

   We jointly request that the sentencing hearing currently scheduled for August 12, 2011, at 10:00 a.m. be re-scheduled for October 21, 2011, at 10:00 a.m.

Sincerely,

Michael D. Long

cc:  USPO Thomas Brown and AUSA Phil Ferrari


IT IS SO ORDERED.

Dated: 8/3/11

_____
Edward J. Garcia
United States District Court Judge