**LAW OFFICE OF MICHAEL D. LONG**
**901 H Street, Suite 301**
**Sacramento, CA   95814**
**(916) 447-1920**
Mike.Long.Law@msn.com

### *MEMORANDUM & ORDER*

**November 2, 2011**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

Re:   United States v. Derek Davis; 08—474 EJG
      Request to change sentencing date from 11/4/11 to 12/2/11

Dear Ms. Lydon:

In speaking with AUSA Phil Ferrari and AUSA Todd Leras, we have determined we need more time to resolve some issues before sentencing defendant Derek Davis.

The government and the defense jointly request that the sentencing hearing currently scheduled for November 4, 2011, at 10:00 a.m. be re-scheduled for December 2, 2011, at 10:00 a.m.

Sincerely,
/s/ `Michael D. Long`
Michael D. Long

cc:   USPO Jeff Oestreicher, AUSA Phil Ferrari and AUSA Todd Leras


IT IS SO ORDERED.

Dated:   November 4, 2011          /s/ Edward J. Garcia
                                   United States District Court Judge