## LAW OFFICE OF MICHAEL D. LONG
**901 H Street, Suite 301**
**Sacramento, CA    95814**
**(916) 447-1920**
**Mike.Long.Law@msn.com**

**November 29, 2011**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

## MEMORANDUM & ORDER

Re:    United States v. Derek Davis; 08—474 EJG
         Request to change sentencing date from 12/2/11 to 1/20/2012

Dear Ms. Lydon:

　　In speaking with AUSA Phil Ferrari and AUSA Todd Leras, we have determined we need more time to resolve some issues before sentencing defendant Derek Davis. The defense and prosecution have a meeting set on December 14, 2011, that should resolve the outstanding issues.

　　The government and the defense jointly request that the sentencing hearing currently scheduled for December 2, 2011, at 10:00 a.m. be re-scheduled for January 20, 2012, at 10:00 a.m.

Sincerely,
/s/ Michael D. Long
Michael D. Long

cc:    USPO Jeff Oestreicher, AUSA Phil Ferrari and AUSA Todd Leras


IT IS SO ORDERED.

Dated:    11/29/11              /s/ Edward J. Garcia
                                Edward J. Garcia
                                United States District Court Judge