**FILED**

MAR 30 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. CR-S-08-474 EJG |
| ) | |
| Plaintiff, ) | [~~Proposed~~] <u>SEALING ORDER</u> |
| ) | |
| v. ) | |
| DEREK DAVIS, ) | |
| Defendant. ) | |

Good cause having been shown,

**IT IS HEREBY ORDERED** that the Government's opposition to defendant Derek Davis' request to be released pending sentencing, submitted on March 29, 2012, be filed under seal. The Clerk's Office is directed to serve counsel Michael Long, with copies of the opposition.

Date: 3/30/12

_____
HONORABLE EDWARD J. GARCIA
UNITED STATES DISTRICT COURT JUDGE