# LAW OFFICE OF MICHAEL D. LONG
## 901 H Street, Suite 301
## Sacramento, CA   95814
## (916) 447-1920
## Mike.Long.Law@msn.com

October 2, 2012

Colleen Lydon, Courtroom Clerks to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

**FILED**
OCT 03 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re:   United States v. Derek Davis; 08—474 EJG
      Request to change sentencing date from 10/12/2012 to 11/30/2012

Dear Ms. Lydon:

    I received a court authorization for Kelly O'Halloran to transcribe the testimony of the witnesses from the jury trial of Behrooz Badie.   In that request, I failed to request the closing arguments for the Badie trial.   Mr. Davis needs the arguments to fully understand the government's arguments that may impact his sentence.   When my client pointed out my mistake, I contacted Ms. O'Halloran to see if we could speed up the process by privately paying for the arguments. The price for a 7-day expedited transcript of the arguments, $489.85, is more than my client could afford to pay.   The price for a 30-day non-expedited transcript of the arguments, $368.65, is still more than my client could afford to pay. Accordingly, I am filing this request for a continuance along with a request for $368.65 in CJA funding for the arguments.

    I am requesting a continuance of Mr. Davis' sentencing from October 12, 2012, to November 30, 2012, to permit me to receive and read the Badie arguments transcript, investigate any necessary facts that I learn about in the transcripts and to meet with Mr. Davis concerning the new information.   Mr. Davis will also use the additional time to work on his immigration issues.

    After consulting with AUSA Phil Ferrari and AUSA Todd Leras, they inform me that the government does not oppose that the sentencing hearing currently scheduled for October 12, 2012, at 10:00 a.m. be re-scheduled for November 30, 2012, at 10:00 a.m.

Sincerely,
/s/ Michael D. Long
Michael D. Long

**IT IS SO ORDERED**
_____
10/3/12

Case 2:08-cr-00474-WBS   Document 253   Filed 10/03/12   Page 2 of 2
Proposed order to move sentencing from 10/12/2012 to 11/30/2012 by Derek Davis
Page 2

cc:   USPO Linda Alger, AUSA Phil Ferrari and AUSA Todd Leras

IT IS SO ORDERED.

Dated:   10/3/12

_____
Edward J. Garcia
United States District Court Judge