UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | CR. NO. 2:08-474-01 WBS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DEREK DAVIS, | |
| Defendant. | |

----oo0oo----

On February 24, 2014, the court received a letter from defendant Derek Davis requesting appointment of counsel and submitting copies of various articles. (Docket No. 322.) The filing is referred to defendant's appointed counsel, Michael Long, for such action as Mr. Long deems necessary.

IT IS SO ORDERED.

Dated: February 26, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE