UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2: 08-cr-0474 WBS KJN P |
| Respondent, | |
| v. | ORDER |
| DEREK DAVIS, | |
| Movant. | |

Movant, a former federal prisoner proceeding without counsel, has filed a petition for writ of error coram nobis.[1] Because movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order.

Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

////

---

[1] "The writ of error coram nobis affords a remedy to attack an unconstitutional or unlawful conviction in cases when the petitioner already has fully served a sentence." Telink, Inc. v. United States, 24 F.3d 42, 45 (9th Cir. 1994). Movant alleges that he has served his sentence and is currently in the custody of the Department of Homeland Security. Because it appears that movant has served his sentence, the petition for writ of error coram nobis is appropriate. However, if movant is still serving his sentence, respondent shall inform the court in the answer.

1

The Clerk of the Court shall serve a copy of this order, together with a copy of movant's petition, on the United States Attorney or his authorized representative.

Dated: July 13, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dav474.206

kc