UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>DEREK DAVIS,<br><br>  Movant. | No. 2:08-cr-0474 WBS KJN P<br>No. 2:17-cv-1301 WBS KJN<br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a petition for writ of error coram nobis under 28 U.S.C. § 1651(a). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 16, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections and amended objections to the findings and recommendations. (ECF Nos. 374-78.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 16, 2017, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 364) is granted;

3. Movant's petition for writ of error coram nobis (ECF No. 358) is denied;

4. The court issues the certificate of appealability referenced in 28 U.S.C. § 2253 on the question of whether the court should have considered movant's petition as motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, and found equitable tolling; and

5. The Clerk of the Court is directed to close the companion civil case, No. 2:17-cv-1301 WBS KJN.

Dated: December 20, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/davi0474.805vac