UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEREK DAVIS,<br><br>　　　　Defendant. | Nos. 2:08-CR-474 WBS KJN<br>　　　2:19-cv-0142-WBS<br><br><br>ORDER |

----oo0oo----

Defendant Derek Davis has filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (Docket No. 387.) Throughout the motion, which was filed using a form pleading, defendant has written "SEE BRIEF," including the sections where he is required state the grounds for his claims. However, no brief is attached to the motion, and no brief has been separately submitted to the court. As such, the motion sets forth no grounds upon which relief may be granted. The motion is accordingly DENIED WITHOUT PREJUDICE.

　　　IT IS SO ORDERED.

Dated: January 25, 2019

　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1