UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DEREK DAVIS,<br><br>Movant. | No. 2: 08-cr-0474 WBS KJN P<br><br><br><br>ORDER |

Movant is a federal prisoner, proceeding without counsel, with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On March 29, 2019, the undersigned granted movant thirty days to file an amended § 2255 motion. (ECF No. 396.) On April 29, 2019, movant filed an amended § 2255 motion. (ECF No. 401.) On May 9, 2019, movant filed what appears to be briefing in support of the amended § 2255 motion. (ECF No. 402.) On May 13, 2019, movant filed another amended § 2255 motion, similar to but not identical to the motion filed April 29, 2019. (ECF No. 403.)

On May 22, 2019, movant filed a three pages long document allegedly containing corrections to the amended § 2255 motion filed April 29, 2019. (ECF No. 405.) On June 12, 2019, movant filed a thirty-nine pages long pleading which he describes as an addendum to his § 2255 motion. (ECF No. 406.)

////

1

Such piecemeal use of pleadings may prejudice movant as it risks an inadequate review of all his claims. For this reason, movant is granted thirty days to file an all-encompassing amended § 2255 motion. If movant does not file an amended § 2255 motion within that time, the undersigned will deem the amended § 2255 motion filed April 29, 2019 the operative motion.

Accordingly, IT IS HEREBY ORDERED that movant is granted thirty days from the date of this order to file an all-encompassing amended § 2255 motion; if movant does not file an amended § 2255 motion within that time, the undersigned will deem the amended § 2255 motion filed April 29, 2019 the operative motion.

Dated: June 20, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dav474.ord