McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff/Respondent
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00474-WBS-KJN |
| Plaintiff/Respondent, | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| DEREK DAVIS, | |
| Defendant/Movant. | |

On January 30, 2020, Respondent requested a 60-day extension of time to file its response to Defendant Davis' 28 U.S.C. § 2255 petition and motion for stay of removal.

IT IS HEREBY ORDERED, that Respondent's request for a 60-day extension (ECF No. 419) is granted. The response is now due April 9, 2020.

Dated: February 3, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/davi0474.eot

1