UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　　v.<br><br>DEREK DAVIS,<br><br>　　　　Movant. | Nos.  2:08-cr-0474 WBS KJN P<br>　　　　2:19-cv-0142 WBS KJN P<br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 7, 2020, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within fourteen days.  Movant has not filed objections to the findings and recommendations.

Although it appears from the file that movant's copy of the findings and recommendations was returned, movant was properly served.  It is the movant's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 7, 2020, are adopted in full;

2. The motion for stay of removal (ECF No. 394) is dismissed for lack of jurisdiction;

3. Respondent's motion to dismiss (ECF No. 423) is granted;

4. The amended § 2255 motion (ECF No. 414) is dismissed as barred by the statute of limitations;

5. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

6. The Clerk of the Court be directed to close the companion civil case No. 19-cv-0142 WBS KJN P, and to enter judgment.

Dated:  August 5, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/davi0474.802.vac

2